456

■ In the Matter of the City of New York, Appellant-Respondent, Relative to Acquiring Title to Real Property for Public School 181 and Recreational Purposes, Located in the Block Bounded by Norfolk Street and Other Streets in the Borough of Manhattan. Moses Seifer et al., Respondents-Appellants.— Final decree, so far as appealed from, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ Gerald E. Stern, Respondent, v. Lottie Carroll, Appellant.— Appeal from determination of the Appellate Term unanimously dismissed as academic, without costs, the tenant having removed from the premises. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ In the Matter of the Accounting of City Bank Farmers Trust Company, as Trustee under the Will of Daniel Kops, Deceased, Respondent. Daniel W. Kops et al., Appellants; Ludwig Klauber, as Executor of Helen V. Klauber, Deceased, et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to all parties filing briefs payable out of the estate. No opinion. Concur — Breitel, J. P., Stevens, Eager and Steuer, JJ. [18 Misc 2d 1017.]

■ In the Matter of Sidney Felber, an Attorney.— Motion for reinstatement to the Bar denied. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ In the Matter of Frederic Wohlfeld, an Attorney.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of John C. Hill, an Attorney.— Motion to amend order of this court entered on December 8, 1960 denied. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ Carl Berkowitz v. William Stroud et al.— Motion to dispense with printing denied. The orders of the Supreme Court, Bronx County, having been entered upon defendants' default, are not appealable. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ Sylvester W. A. Murphy v. Margaret McK. Kaplan et al.— Motion to dispense with printing denied, without prejudice, however, to a renewal thereof upon proper papers. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ Adolph Tausik v. Helen T. Tausik.— Motion for leave to reargue and for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ Graceton Estates, Inc., v. Laura S. Williamson.— Motion to dismiss appeal granted, with $10 costs, unless the appellant argues or submits the appeal during the April 1961 Term of this court. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ The People of the State of New York ex rel. Edna Meyrowitz and Morris Meyrowitz v. Lena Alpern.— Motion for a stay granted on condition that the appellant notices the appeal for argument for April 25, 1961, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before April 19, 1961. The stay contained in the order to show cause, dated February 20, 1961, is continued pending the hearing and determination of the appeal. If the respondents are not represented by counsel on the argument of the appeal on April 25, 1961, they may argue the appeal pro se. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.